**22-13992**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

_____

### LEROY PERNELL, et al.,

*Plaintiffs-Appellees,*

v.

### BRIAN LAMB, et al.,

*Defendants-Appellants.*

_____

**On Appeal from U.S. District Court for the Northern District of Florida
Case No.: 4:22-cv-304-MW-MAF**

_____

## APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

_____

Jerry C. Edwards
Fla. Bar No. 1003437
**ACLU Foundation of Florida**
933 Lee Road, Suite 102
Orlando, FL 32810
Tel: 786.363.1107
jedwards@aclufl.org

Lauren A. Johnson
**NAACP Legal Defense and
Educational Fund, Inc.**
700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
ljohnson@naacpldf.org

Leah Watson*
Emerson Sykes
Laura Moraff
**American Civil Liberties Union
Foundation**
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
lmoraff@aclu.org

* (motion for admission *pro hac vice*
pending)

*Counsel for Plaintiffs-Appellees*

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

## CERTIFICATION OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Appellants certify that the following individuals and entities may have an interest in the outcome of this case or appeal:[1]

1.      Almond, Russell, *Plaintiff-Appellee*

2.      American Civil Liberties Union of Florida, *Attorney for Plaintiffs-Appellees*

3.      American Civil Liberties Union, Attorney for *Plaintiffs-Appellees*

4.      Austin, Sharon Wright, *Plaintiff-Appellee*

5.      Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees*

6.      Ballard Spahr LLP, *Attorneys for Plaintiffs-Appellees*

7.      Blankenship, Katherine, *Attorney for Plaintiffs-Appellees*

8.      Boaz, Timothy, *Defendant-Appellant (Novoa – No. 22-13994)*

9.      Callahan, Sandra, *Defendant-Appellant (Novoa – No. 22-13994)*

10.     Carrere, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*

11.     Cerio, Timothy, *Defendant-Appellant*

12.     Coleman, Santino, *Attorney for Plaintiffs-Appellees*

*13*.     Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

---

[1] This certificate includes parties involved in the related appeal of *Novoa v. Diaz*, No. 22-13994.

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

14.   Cooper, Charles J., *Attorney for Defendants-Appellants*

15.   Corcoran, Richard, *Defendant-Appellant*

16.   Dauphin, Johana, *Plaintiff-Appellee*

17.   Diaz, Jr., Manny, *Defendant-Appellant*

*18.*  Donnelly, N. Rogan, *Defendant-Appellant (Novoa – No. 22-13994)*

19.   Dorsey, Dana Thompson, *Plaintiff-Appellee*

20.   Dunn, Marvin, *Plaintiff-Appellee*

21.   Edge, Aubrey, *Defendant-Appellant*

22.   Edinger, Gary, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

*23.*  Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees*

24.   Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

25.   First Amendment Forum at University of South Florida, *Plaintiff-Appellee (Novoa – No. 22-13994)*

26.   Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

27.   Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

28.   Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

2

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

29.  Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

30.  Florida State University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

31.  Foundation for Individual Rights and Expression, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

32.  Frost, Patricia, *Defendant-Appellant*

33.  Gabadage, Nimna, *Defendant-Appellant*

34.  Gary S. Edinger & Associates PA – Gainesville, FL, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

35.  Greubel, Greg, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

36.  Griffin, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*

*37.*  Haddock, Edward, *Defendant-Appellant*

38.  Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

39.  Horton, Oscar, *Defendant-Appellant (Novoa – No. 22-13994)*

40.  Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

41.  Jones, Ken, *Defendant-Appellant*

42.  Jordan, Darlene Luccio, *Defendant-Appellant*

43.  Lamb, Brian, *Defendant-Appellant*

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

44.  Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

45.  Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

46.  Leftheris, Julie, *Defendant-Appellant (Novoa – No. 22-13994)*

47.  Levine, Alan, *Defendant-Appellant*

48.  Lydecker, Charles, *Defendant-Appellant*

49.  Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

50.  Mateer, Craig, *Defendant-Appellant*

51.  McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

52.  Michael, Deanna, *Defendant-Appellant*

53.  Monbarren, Lauran, *Defendant-Appellant (Novoa – No. 22-13994)*

54.  Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees*

55.  Morris, Joshua, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

56.  NAACP Legal Defense & Education Fund, *Attorneys for Plaintiffs-Appellees*

57.  Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

58.  Novoa, Adriana, *Plaintiff-Appellee (Novoa – No. 22-13994)*

59.  Ohlendorf, John David, *Attorney for Defendants-Appellants*

60.  Palyam, Nithin, *Defendant-Appellant (Novoa – No. 22-13994)*

61.  Park, Shelley, *Plaintiff-Appellee*

4

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

62.    Patel, Shilen, *Defendant-Appellant (Novoa – No. 22-13994)*

63.    Pernell, Leroy, *Plaintiff-Appellee*

64.    Piccolo, Fredrick, *Defendant-Appellant (Novoa – No. 22-13994)*

*65.*    Ramer, John, *Attorney for Defendants-Appellants*

66.    Rechek, Samuel, *Plaintiff-Appellee (Novoa – No. 22-13994)*

67.    Sandoval, Jennifer, *Plaintiff-Appellee*

68.    Schneider, Jenifer, *Defendant-Appellant (Novoa – No. 22-13994)*

69.    Scott, Steven, *Defendant-Appellant*

*70.*    Seixas, Melissa, *Defendant-Appellant (Novoa – No. 22-13994)*

71.    Self, William, *Defendant-Appellant*

72.    Silagy, Eric, *Defendant-Appellant*

73.    Steinbaugh,  Adam, *Attorney  for  Plaintiffs-Appellees  (Novoa – No. 22-13994)*

74.    Stermon, Kent, *Defendant-Appellant*

75.    Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

76.    Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

77.    Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

78.    University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

5

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

79.  University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

80.  University of South Florida Board of Trustees, Defendant *(Dismissed on Nov. 22, 2022)*

81.  Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

82.  Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

83.  Weatherford, William, *Defendant-Appellant (Novoa – No. 22-13994)*

84.  Wold, Megan M., *Attorney for Defendants-Appellants*

Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated:  December 13, 2022              Respectfully submitted,


                                      */s/ Jerry C. Edwards*
Daniel B. Tilley                      Jerry C. Edwards
Fla. Bar No. 102882                   Fla. Bar No. 1003437
Caroline McNamara                     ACLU Foundation of Florida
Fla. Bar No. 1028312                  933 Lee Road, Suite 102
ACLU Foundation of Florida            Orlando, FL  32810
4343 W. Flagler Street, Suite 400     Tel: 786.363.1107
Miami, FL  33134                      jedwards@aclufl.org
Tel:  786.363.2714
dtilley@aclufl.org


Leah Watson*                          Lauren A. Johnson
Emerson Sykes                         NAACP Legal Defense and
Laura Moraff                          Educational Fund, Inc.

6

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

American Civil Liberties Union
Foundation
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
lmoraff@aclu.org

700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
ljohnson@naacpldf.org

\* (motion for admission *pro hac vice* pending)

*Counsel for Plaintiffs-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 13, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jerry C. Edwards*
Jerry C. Edwards