22-13992

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

### LEROY PERNELL, et al.,

*Plaintiffs-Appellees,*

v.

### BRIAN LAMB, et al.,

*Defendants-Appellants.*

———————

**On Appeal from U.S. District Court for the Northern District of Florida**
**Case No.: 4:22-cv-304-MW-MAF**

———————

## APPELLEES' UNOPPOSED MOTION TO EXTEND TIME FOR FILING THEIR OPPOSITION TO APPELLANTS' MOTION FOR STAY PENDING APPEAL

———————

Jerry C. Edwards
Fla. Bar No. 1003437
**ACLU Foundation of Florida**
933 Lee Road, Suite 102
Orlando, FL 32810
Tel: 786.363.1107
jedwards@aclufl.org

Lauren A. Johnson
**NAACP Legal Defense and Educational Fund, Inc.**
700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
ljohnson@naacpldf.org

Leah Watson*
Emerson Sykes
Laura Moraff
**American Civil Liberties Union Foundation**
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
lmoraff@aclu.org

* (motion for admission *pro hac vice* pending)

*Counsel for Plaintiffs-Appellees*

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

# CERTIFICATION OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Appellants certify that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. Almond, Russell, *Plaintiff-Appellee*

2. American Civil Liberties Union of Florida, *Attorney for Plaintiffs-Appellees*

3. American Civil Liberties Union, Attorney for *Plaintiffs-Appellees*

4. Austin, Sharon Wright, *Plaintiff-Appellee*

5. Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees*

6. Ballard Spahr LLP, *Attorneys for Plaintiffs-Appellees*

7. Blankenship, Katherine, *Attorney for Plaintiffs-Appellees*

8. Boaz, Timothy, *Defendant-Appellant (Novoa – No. 22-13994)*

9. Callahan, Sandra, *Defendant-Appellant (Novoa – No. 22-13994)*

10. Carrere, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*

11. Cerio, Timothy, *Defendant-Appellant*

12. Coleman, Santino, *Attorney for Plaintiffs-Appellees*

13. Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

14. Cooper, Charles J., *Attorney for Defendants-Appellants*

15. Corcoran, Richard, *Defendant-Appellant*

16. Dauphin, Johana, *Plaintiff-Appellee*

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

17. Diaz, Jr., Manny, *Defendant-Appellant*

*18.* Donnelly, N. Rogan, *Defendant-Appellant (Novoa – No. 22-13994)*

19. Dorsey, Dana Thompson, *Plaintiff-Appellee*

20. Dunn, Marvin, *Plaintiff-Appellee*

21. Edge, Aubrey, *Defendant-Appellant*

22. Edinger, Gary, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

*23.* Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees*

24. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

25. First Amendment Forum at University of South Florida, *Plaintiff-Appellee (Novoa – No. 22-13994)*

26. Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

27. Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

28. Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

29. Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

30. Florida State University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

31. Foundation for Individual Rights and Expression, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

32. Frost, Patricia, *Defendant-Appellant*

33. Gabadage, Nimna, *Defendant-Appellant*

34. Gary S. Edinger & Associates PA – Gainesville, FL, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

35. Greubel, Greg, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

36. Griffin, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*

37. Haddock, Edward, *Defendant-Appellant*

38. Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

39. Horton, Oscar, *Defendant-Appellant (Novoa – No. 22-13994)*

40. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

41. Jones, Ken, *Defendant-Appellant*

42. Jordan, Darlene Luccio, *Defendant-Appellant*

43. Lamb, Brian, *Defendant-Appellant*

44. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

45. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

46. Leftheris, Julie, *Defendant-Appellant (Novoa – No. 22-13994)*

47. Levine, Alan, *Defendant-Appellant*

48. Lydecker, Charles, *Defendant-Appellant*

Case No.:  22-13992, *Pernell, et al. v. Lamb, et al.*

49. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

50. Mateer, Craig, *Defendant-Appellant*

51. McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

52. Michael, Deanna, *Defendant-Appellant*

53. Monbarren, Lauran, *Defendant-Appellant (Novoa – No. 22-13994)*

54. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees*

55. Morris, Joshua, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

56. NAACP Legal Defense & Education Fund, *Attorneys for Plaintiffs-Appellees*

57. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

58. Novoa, Adriana, *Plaintiff-Appellee (Novoa – No. 22-13994)*

59. Ohlendorf, John David, *Attorney for Defendants-Appellants*

60. Palyam, Nithin, *Defendant-Appellant (Novoa – No. 22-13994)*

61. Park, Shelley, *Plaintiff-Appellee*

62. Patel, Shilen, *Defendant-Appellant (Novoa – No. 22-13994)*

63. Pernell, Leroy, *Plaintiff-Appellee*

64. Piccolo, Fredrick, *Defendant-Appellant (Novoa – No. 22-13994)*

65. Ramer, John, *Attorney for Defendants-Appellants*

66. Rechek, Samuel, *Plaintiff-Appellee (Novoa – No. 22-13994)*

67. Sandoval, Jennifer, *Plaintiff-Appellee*

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

68. Schneider, Jenifer, *Defendant-Appellant (Novoa – No. 22-13994)*

69. Scott, Steven, *Defendant-Appellant*

70. Seixas, Melissa, *Defendant-Appellant (Novoa – No. 22-13994)*

71. Self, William, *Defendant-Appellant*

72. Silagy, Eric, *Defendant-Appellant*

73. Steinbaugh, Adam, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

74. Stermon, Kent, *Defendant-Appellant*

75. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

76. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

77. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

78. University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

79. University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

80. University of South Florida Board of Trustees, Defendant *(Dismissed on Nov. 22, 2022)*

81. Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

82. Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

83. Weatherford, William, *Defendant-Appellant (Novoa – No. 22-13994)*

84. Wold, Megan M., *Attorney for Defendants-Appellants*

Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

| | |
|---|---|
| Dated: December 13, 2022 | Respectfully submitted, |
| | /s/ Jerry C. Edwards<br>Jerry C. Edwards |
| | *Counsel for Plaintiffs-Appellees* |

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellees move this Court to extend the time for filing their opposition to Appellants' Motion for Stay Pending Appeal for seven (7) days. Appellants filed their Motion for Stay Pending Appeal on December 5, 2022. Accordingly, per the Federal Rules of Appellate Procedure, Appellees' response would be due on December 15. Appellees therefore request that this Court extend the deadline to respond to December 22, 2022.

As Appellants stated in their Motion for Leave to Exceed Word Limit, the district court opinion at issue here spans 139 pages and covers a number of important legal issues. Additionally, Appellants' Motion for Stay is 41 pages and contains 9,748 words. It presents substantive arguments on standing and various First Amendment and vagueness doctrines relitigating the issues decided below.

Given the length and scope of Appellants' Motion for Stay, Appellees respectfully request an additional seven (7) days to competently brief these issues. Appellees' counsel consulted with counsel for Appellants and is authorized to report that Appellants do not oppose an extension to December 22, 2022, for Appellees to file their response to the motion.

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

Dated: December 13, 2022

Daniel B. Tilley
Fla. Bar No. 102882
Caroline McNamara
Fla. Bar No. 1028312
ACLU Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: 786.363.2714
dtilley@aclufl.org

Leah Watson*
Emerson Sykes
Laura Moraff
American Civil Liberties Union Foundation
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
lmoraff@aclu.org

Respectfully submitted,

*/s/ Jerry C. Edwards*
Jerry C. Edwards
Fla. Bar No. 1003437
ACLU Foundation of Florida
933 Lee Road, Suite 102
Orlando, FL 32810
Tel: 786.363.1107
jedwards@aclufl.org

Lauren A. Johnson
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
ljohnson@naacpldf.org

\* (motion for admission *pro hac vice* pending)

*Counsel for Plaintiffs-Appellees*

2

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 1,288 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: December 13, 2022               */s/ Jerry C. Edwards*
                                                                    Jerry C. Edwards

                                                                    *Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 13, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                                    */s/ Jerry C. Edwards*
                                                                    Jerry C. Edwards

                                                                    *Counsel for Plaintiffs-Appellees*