Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-13992

**Caption:**
Leroy Pernell, et al. v. Brian Lamb, et al.

District and Division: Northern District of Florida (Tallahassee)
Name of Judge: Mark E. Walker
Nature of Suit: 448 Civil Rights: Education
Date Complaint Filed: August 18, 2022
District Court Docket Number: 4:22-cv-00304-MW-MAF
Date Notice of Appeal Filed: November 29, 2022
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|

For Appellant:
☐ Plaintiff
☑ Defendant       See attached addendum
☐ Other (Specify)

For Appellee:
☑ Plaintiff
☐ Defendant       See attached addendum
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
|  | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
|  | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary   ☑ Granted |
|  |  | ☑ Injunction | ☐ Permanent   ☐ Denied |
|  |  | ☐ Other _____ |  |

11th Circuit Docket Number: 22-13992

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? To what extent may States prohibit publicly employed faculty from endorsing discriminatory concepts in the classroom.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute  Fla. Stat. Section 1000.05(4).
    (b) Citation  Bishop v. Aronov, 926 F.2d 1066 (11th Cir. 1991).
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name  Honeyfund v. DeSantis, and Novoa v. Diaz
    (b) Citation
    (c) Docket Number if unreported  Nos. 22-13135 and 22-13994
    (d) Court or Agency  United States Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

This interlocutory appeal from the district court's granting of plaintiffs' motion for preliminary injunction raises numerous issues, including: whether any plaintiffs have standing; whether and to what extent the First Amendment applies to in-class speech by publicly employed university professors; if the First Amendment applies, what level of scrutiny should the court apply to evaluate the challenged provisions; under the relevant level of scrutiny, are the challenged provisions permissible regulations; whether the challenged provisions are unconstitutionally vague.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 19 DAY OF December, 2022.

Charles J. Cooper
NAME OF COUNSEL (Print)

/s/Charles J. Cooper
SIGNATURE OF COUNSEL

# ADDENDUM

Charles J. Cooper
John D. Ohlendorf
Megan M. Wold
John D. Ramer
Cooper & Kirk PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
202-220-9600
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Defendants-Appellants Brian Lamb, Eric Silagy, Timothy Cerio, Richard Corcoran, Aubrey Edge, Patricia Frost, Nimna Gabadage, Edward Haddock, Ken Jones, Darlene Luccio Jordan, Alan Levine, Charles H. Lydecker, Craig Mateer, Steven Scott, Deeana Michael, and Kent Stermon, in their official capacities as members of the Florida Board of Governors of the State University System; and Manny Diaz, Jr., in his official capacity as the Commissioner of the Florida State Board of Education.*

Jerry C. Edwards
ACLU Foundation of Florida, Inc.
933 Lee Road, Suite 102
Orlando, FL 32810
786-363-1107
jedwards@aclufl.org

Jacqueline Azis
ACLU Foundation of Florida, Inc.
4023 N. Armenia Ave., Ste. 450
Tampa, FL 33607
786-363-1107
jazis@aclufl.org

Leah Watson
Emerson Sykes
Laura Moraff
American Civil Liberties Union Foundation
Firm: 212-549-2633
125 Broad St., Fl. 18
New York, NY 10004
212-549-2500
lwatson@aclu.org
esykes@aclu.org
lmoraff@aclu.org

Lauren A. Johnson
NAACP Legal Defense and Educational Fund, Inc
700 14th St. NW Ste. 600
Washington, DC 20005
202-682-1300
ljohnson@naacpldf.org

Alexsis M. Johnson
NAACP Legal Defense and Educational Fund, Inc
40 Rector St., 5th Floor
New York, NY 10006
212-226-7592
amjohnson@naacpldf.org

Daniel B. Tilley
ACLU Foundation of Florida, Inc.
4343 W Flagler St. Ste. 400
Miami, FL 33134
786-363-2714
dtilley@aclufl.org

*Attorneys for Plaintiffs-Appellees*