No. 22-13992

# In the United States Court of Appeals for the Eleventh Circuit

LEROY PERNELL, ET AL.,
    *Plaintiffs–Appellees*,

v.

BRIAN LAMB, ET AL.,
    *Defendants–Appellants*.

**DEFENDANTS-APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
NO. 4:22-CV-304-MW-MAF

CHARLES J. COOPER
JOHN D. OHLENDORF
MEGAN M. WOLD
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 220-9660
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants-Appellants*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT[1]

Defendants-Appellants certify that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1:

1. Almond, Russell, *Plaintiff-Appellee*

2. American Civil Liberties Union of Florida, *Attorney for Plaintiffs-Appellees*

3. American Civil Liberties Union of New York, *Attorney for Plaintiffs-Appellees*

4. Austin, Sharon Wright, *Plaintiff-Appellee*

5. Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees*

6. Ballard Spahr LLP, *Attorneys for Plaintiffs-Appellees*

7. Benjamin, Aaronson, Edinger & Patanzo, P.A., *Attorneys for Plaintiffs-Appellees*

8. Blankenship, Katherine, *Attorney for Plaintiffs-Appellees*

9. Boaz, Timothy, *Defendant-Appellant*

10. Callahan, Sandra, *Defendant-Appellant*

---

[1] This Certificate includes parties involved in the related appeal of *Novoa v. Diaz*, No. 22-13994.

11. Carrere, Michael, *Defendant-Appellant*

12. Cerio, Timothy, *Defendant-Appellant*

13. Coleman, Santino, *Attorney for Plaintiffs-Appellees*

14. Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

15. Cooper, Charles J., *Attorney for Defendants-Appellants*

16. Corcoran, Richard, *Defendant-Appellant*

17. Dauphin, Johana, *Plaintiff-Appellee*

18. Diaz, Jr., Manny, *Defendant-Appellant*

19. Donnelly, N. Rogan, *Defendant-Appellant*

20. Dorsey, Dana Thompson, *Plaintiff-Appellee*

21. Dunn, Marvin, *Plaintiff-Appellee*

22. Edge, Aubrey, *Defendant-Appellant*

23. Edinger, Gary, *Attorney for Plaintiffs-Appellees*

24. Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees*

25. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

26. First Amendment Forum at University of South Florida, *Plaintiff-Appellee*

27. Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

28. Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

29. Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

30. Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

31. Florida State University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

32. Foundation for Individual Rights and Expression, *Attorney for Plaintiffs-Appellees*

33. Frost, Patricia, *Defendant-Appellant*

34. Gabadage, Nimna, *Defendant-Appellant*

35. Gary S. Edinger & Associates PA - Ganesville FL, *Attorney for Plaintiffs-Appellees*

36. Greubel, Greg, *Attorney for Plaintiffs-Appellees*

37. Griffin, Michael, *Defendant-Appellant*

38. Haddock, Edward, *Defendant-Appellant*

39. Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

40. Horton, Oscar, *Defendant-Appellant*

41. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

42. Jones, Ken, *Defendant-Appellant*

43. Jordan, Darlene Luccio, *Defendant-Appellant*

44. Lamb, Brian, *Defendant-Appellant*

45. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

46. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

47. Leftheris, Julie, *Defendant-Appellant*

48. Levine, Alan, *Defendant-Appellant*

49. Lydecker, Charles, *Defendant-Appellant*

50. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

51. Mateer, Craig, *Defendant-Appellant*

52. McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

53. Michael, Deanna, *Defendant-Appellant*

54. Monbarren, Lauran, *Defendant-Appellant*

55. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees*

56. Morris, Joshua, *Attorney for Plaintiffs-Appellees*

57. NAACP Legal Defense & Education Fund, *Attorneys for Plaintiffs-Appellees*

58. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

59. Novoa, Adriana, *Plaintiff-Appellee*

60. Ohlendorf, John David, *Attorney for Defendants-Appellants*

61. Palyam, Nithin, *Defendant-Appellant*

62. Park, Shelley, *Plaintiff-Appellee*

63. Patel, Shilen, *Defendant-Appellant*

64. Pernell, Leroy, *Plaintiff-Appellee*

65. Piccolo, Fredrick, *Defendant-Appellant*

66. Ramer, John, *Attorney for Defendants-Appellants*

67. Rechek, Samuel, *Plaintiff-Appellee*

68. Sandoval, Jennifer, *Plaintiff-Appellee*

69. Schneider, Jenifer, *Defendant-Appellant*

70. Scott, Steven, *Defendant-Appellant*

71. Seixas, Melissa, *Defendant-Appellant*

72. Self, William, *Defendant-Appellant*

73. Silagy, Eric, *Defendant-Appellant*

74. Steinbaugh, Adam, *Attorney for Plaintiffs-Appellees*

75. Stermon, Kent, *Defendant-Appellant*

76. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

77. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

78. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

79. University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

80. University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

81. University of South Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

82. Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

83. Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

84. Weatherford, William, *Defendant-Appellant*

85. Wold, Megan M., *Attorney for Defendants-Appellants*

Apart from undisclosed members of Appellees, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: December 19, 2022

Respectfully submitted,

/s/Charles J. Cooper
Charles J. Cooper
John D. Ohlendorf
Megan M. Wold
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendant-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 19, 2022. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: December 19, 2022              /s/Charles J. Cooper
                                                                         Charles J. Cooper

                                                                         *Counsel for Defendants-Appellants*