IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

LEROY PERNELL, et al.,

*Plaintiffs-Appellees,*

v.

BRIAN LAMB, et al.,

*Defendants-Appellants.*

_____

On Appeal from U.S. District Court for the Northern District of Florida
Case No.:  4:22-cv-304-MW-MAF

_____

**PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO EXCEED WORD COUNT IN THEIR OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION FOR A STAY PENDING APPEAL**

_____

Jerry C. Edwards
Fla. Bar No. 1003437
ACLU FOUNDATION OF FLORIDA
933 Lee Road, Suite 102
Orlando, FL  32810
(786) 363-1107
jedwards@aclufl.org

Leah Watson*
Emerson Sykes
Laura Moraff
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad St., Fl. 18

Daniel B. Tilley
Fla. Bar No. 102882
Caroline McNamara
Fla. Bar No. 1038312
Jacqueline Azis
Fla. Bar No. 101057
ACLU FOUNDATION OF FLORIDA
4343 W. Flagler Street, Suite 400
Miami, FL  33134
(786) 363-2714
dtilley@aclufl.org
cmcnarama@aclufl.org
jazis@aclufl.org

  *Counsel list continued on next page*

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
lmoraff@aclu.org

Alexsis Johnson
NAACP Legal Defense
  and Education Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 217-1690
amjohnson@naacpldf.org

Lauren A. Johnson
Jin Hee Lee
Santino Coleman
NAACP Legal Defense
  and Education Fund, Inc.
700 14th Street, Ste. 600
Washington, D.C. 20005
(202) 682-1300
ljohnson@naacpldf.org
jlee@naacpldf.org
scoleman@naacpldf.org

Jason Leckerman
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8266
leckermanj@ballardspahr.com

Jacqueline Mabatah
Ballard Spahr, LLP
201 S. Main St., Ste. 800
Salt Lake City, UT 84111-2221
(801) 531-3063
mabatahj@ballardspahr.com

\* Admitted *pro hac vice*

*Counsel for Plaintiffs-Appellees*

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

## CERTIFICATION OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Plaintiffs-Appellees certify that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. Almond, Russell, *Plaintiff-Appellee*

2. American Civil Liberties Union Foundation of Florida, *Attorneys for Plaintiffs-Appellees*

3. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

4. Austin, Sharon Wright, *Plaintiff-Appellee*

5. Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees*

6. Ballard Spahr LLP, *Attorneys for Plaintiffs-Appellees*

7. Blankenship, Katherine, *Attorney for Plaintiffs-Appellees*

8. Boaz, Timothy, *Defendant-Appellant (Novoa – No. 22-13994)*

9. Callahan, Sandra, *Defendant-Appellant (Novoa – No. 22-13994)*

10. Carrere, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*

11. Cerio, Timothy, *Defendant-Appellant*

12. Coleman, Santino, *Attorney for Plaintiffs-Appellees*

13. Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

14. Cooper, Charles J., *Attorney for Defendants-Appellants*

15. Corcoran, Richard, *Defendant-Appellant*

16. Dauphin, Johana, *Plaintiff-Appellee*

17. Diaz, Jr., Manny, *Defendant-Appellant*

18. Donnelly, N. Rogan, *Defendant-Appellant (Novoa – No. 22-13994)*

19. Dorsey, Dana Thompson, *Plaintiff-Appellee*

20. Dunn, Marvin, *Plaintiff-Appellee*

21. Edge, Aubrey, *Defendant-Appellant*

22. Edinger, Gary, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

23. Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees*

24. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

25. First Amendment Forum at University of South Florida, *Plaintiff-Appellee (Novoa – No. 22-13994)*

26. Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

27. Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

28. Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

29. Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

30. Florida State University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

31. Foundation for Individual Rights and Expression, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

32. Frost, Patricia, *Defendant-Appellant*

Case No.  22-13992, *Pernell, et al. v. Lamb, et al.*

33. Gabadage, Nimna, *Defendant-Appellant*

34. Gary S. Edinger & Associates PA – Gainesville, FL, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

35. Greubel, Greg, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

36. Griffin, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*

37. Haddock, Edward, *Defendant-Appellant*

38. Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

39. Horton, Oscar, *Defendant-Appellant (Novoa – No. 22-13994)*

40. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

41. Jones, Ken, *Defendant-Appellant*

42. Jordan, Darlene Luccio, *Defendant-Appellant*

43. Lamb, Brian, *Defendant-Appellant*

44. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

45. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

46. Leftheris, Julie, *Defendant-Appellant (Novoa – No. 22-13994)*

47. Levine, Alan, *Defendant-Appellant*

48. Lydecker, Charles, *Defendant-Appellant*

49. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

50. Mateer, Craig, *Defendant-Appellant*

51. McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

52. Michael, Deanna, *Defendant-Appellant*

Case No.  22-13992, *Pernell, et al. v. Lamb, et al.*

53. Monbarren, Lauran, *Defendant-Appellant (Novoa – No. 22-13994)*

54. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees*

55. Morris, Joshua, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

56. NAACP Legal Defense & Education Fund, *Attorneys for Plaintiffs-Appellees*

57. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

58. Novoa, Adriana, *Plaintiff-Appellee (Novoa – No. 22-13994)*

59. Ohlendorf, John David, *Attorney for Defendants-Appellants*

60. Palyam, Nithin, *Defendant-Appellant (Novoa – No. 22-13994)*

61. Park, Shelley, *Plaintiff-Appellee*

62. Patel, Shilen, *Defendant-Appellant (Novoa – No. 22-13994)*

63. Pernell, Leroy, *Plaintiff-Appellee*

64. Piccolo, Fredrick, *Defendant-Appellant (Novoa – No. 22-13994)*

65. Ramer, John, *Attorney for Defendants-Appellants*

66. Rechek, Samuel, *Plaintiff-Appellee (Novoa – No. 22-13994)*

67. Sandoval, Jennifer, *Plaintiff-Appellee*

68. Schneider, Jenifer, *Defendant-Appellant (Novoa – No. 22-13994)*

69. Scott, Steven, *Defendant-Appellant*

70. Seixas, Melissa, *Defendant-Appellant (Novoa – No. 22-13994)*

71. Self, William, *Defendant-Appellant*

72. Silagy, Eric, *Defendant-Appellant*

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

73. Steinbaugh, Adam, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*

74. Stermon, Kent, *Defendant-Appellant*

75. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

76. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

77. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

78. University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

79. University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

80. University of South Florida Board of Trustees, Defendant *(Dismissed on Nov. 22, 2022)*

81. Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

82. Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

83. Weatherford, William, *Defendant-Appellant (Novoa – No. 22-13994)*

84. Wold, Megan M., *Attorney for Defendants-Appellants*

Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

Dated: December 22, 2022                        Respectfully submitted,

                                                         /s/ Leah M. Watson
                                                         Leah M. Watson

                                                         *Counsel for Plaintiffs-Appellees*

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*
**UNOPPOSED MOTION FOR EXTENSION OF WORD COUNT**

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), Plaintiffs-Appellees respectfully request the Court to exceed the 5,200-word limit for their opposition to Defendants-Appellants' Motion for Stay Pending Appeal of the district court's preliminary injunction order against the enforcement of the Stop Wrongs Against Our Kids and Employees Act (the "Stop W.O.K.E. Act"). Defendants-Appellants' motion for stay is forty-one pages and contains 9,748 words. While it fails to establish that the extraordinary remedy of a stay is warranted, the motion reintroduces substantive arguments on standing, the First Amendment, and vagueness that the district court properly rejected.

The standard word limit will not allow Plaintiffs-Appellees to adequately address the scope of Defendants-Appellants' motion. Plaintiffs-Appellees believe that the additional word count will assist the Court in its consideration of their opposition to Defendant-Appellants' motion. Accordingly, Plaintiffs-Appellees respectfully request to file an opposition to Defendants-Appellants' motion for stay of up to 10,000 words.

Plaintiffs-Appellees' counsel have consulted with counsel for Defendants-Appellants and is authorized to report that Defendants-Appellants do not oppose this motion.

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

Plaintiffs-Appellees previously consented to extend the word limit for Defendants-Appellants' motion for stay to 8,500 words. Plaintiffs-Appellees hereby consent to Defendants-Appellants' request to extend this word limit to 10,000 words.

Dated: December 22, 2022

Respectfully submitted,

*/s/ Leah Watson*

| | |
|---|---|
| Daniel B. Tilley<br>Fla. Bar No. 102882<br>Caroline McNamara<br>Fla. Bar No. 1038312<br>Jacqueline Azis<br>Fla. Bar No. 101057<br>ACLU FOUNDATION OF FLORIDA<br>4343 W. Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnarama@aclufl.org<br>jazis@aclufl.org | Leah Watson*<br>Emerson Sykes<br>Laura Moraff<br>AMERICAN CIVIL LIBERTIES<br>    UNION FOUNDATION<br>125 Broad St., Fl. 18<br>New York, NY 10004<br>(212) 549-2500<br>lwatson@aclu.org<br>esykes@aclu.org<br>lmoraff@aclu.org |
| Jerry C. Edwards<br>Fla. Bar No. 1003437<br>ACLU FOUNDATION OF FLORIDA<br>933 Lee Road, Suite 102<br>Orlando, FL 32810<br>(786) 363-1107<br>jedwards@aclufl.org | Alexsis Johnson<br>NAACP LEGAL DEFENSE<br>    AND EDUCATION FUND, INC.<br>40 Rector Street,<br>New York, NY 10004<br>(212) 549-2654<br>amjohnson@naacpldf.org |
| Jason Leckerman<br>BALLARD SPAHR, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>(215) 864-8266<br>leckermanj@ballardspahr.com | *Counsel list continued on next page* |

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

| | |
|---|---|
| Jacqueline Mabatah<br>BALLARD SPAHR, LLP<br>201 S. Main St., Ste. 800<br>Salt Lake City, UT 84111-2221<br>(801) 531-3063<br>mabatahj@ballardspahr.com | Lauren Johnson<br>Jin Hee Lee<br>Santino Coleman<br>NAACP LEGAL DEFENSE<br>  AND EDUCATION FUND, INC.<br>700 14th Street, Ste. 600<br>Washington, D.C. 20005<br>(202) 682-1300<br>ljohnson@naacpldf.org<br>jlee@naacpldf.org<br>scoleman@naacpldf.org |

\* Admitted *pro hac vice*

*Counsel for Plaintiffs-Appellees*

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 182 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: December 22, 2022        <u>/s/ Leah M. Watson</u>
                                Leah M. Watson

Case No. 22-13992, *Pernell, et al. v. Lamb, et al.*
## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 22, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Leah M. Watson*
Leah M. Watson