Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-13992

**Caption:**
Leroy Pernell, et al. v. Brian Lamb, et al.

District and Division: Northern District of Florida (Tallahassee)
Name of Judge: Hon. Mark E. Walker
Nature of Suit: 448 Civil Rights: Education
Date Complaint Filed: August 18, 2022
District Court Docket Number: 4:22-cv-00304-MW-MAF
Date Notice of Appeal Filed: November 29, 2022
☐ Cross Appeal  ☐ Class Action

Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See attached addendum | | |
| **For Appellee:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached addendum | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $_____<br>Amount Sought by Defendant: $_____<br>Awarded: $_____ to _____<br>Injunctions:<br>☐ TRO<br>☑ Preliminary  ☐ Granted<br>☐ Permanent    ☐ Denied |

Page 2                                                                                     11th Circuit Docket Number: __22-13992_____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name/Statute  Fla. Stat. Section 1000.05(4)
    (b) Citation  See attached addendum
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name  Honeyfund.com, Inc., et al. v. DeSantis; Novoa, et al. v. Diaz, et al.; Falls, et al. v. DeSantis, et al.
    (b) Citation _____
    (c) Docket Number if unreported  No. 22-13135 (Honeyfund); No. 22-13994 (Novoa); 4:22cv166-MW/MJF (Falls)
    (d) Court or Agency  United States Courts of Appeals for the Eleventh Circuit (Honeyfund and Novoa); United States District Court for the Northern District of Florida (Falls)

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    **Whether (1) the Stop W.O.K.E. Act unconstitutionally bans viewpoints disfavored by the legislature while permitting denunciation of the same concepts; and (2) the law is unconstitutionally vague, due to the lack of fair notice or the State's authority to enforce it in an arbitrary and discriminatory manner**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __23_____ DAY OF _December_____, _2022_____.

Emerson Sykes                                                          /s/ Emerson Sykes
NAME OF COUNSEL (Print)                                                SIGNATURE OF COUNSEL

# ADDENDUM

<u>Case Names</u>
*Bishop v. Aronov*, 926 F. 2d 1066 (11th Cir. 1991)
*Keyishian v. Board of Regents*, 35 U.S. 589 (1967)
*Sweezy v. New Hampshire*, 354 U.S. 234 (1957)
*Rosenberger v. Rector & Visitors of the University of Virginia*, 515 U.S. 819 (1995)

<u>Counsel for Defendants-Appellants</u>
Charles J. Cooper
John D. Ohlendorf
Megan M. Wold
John D. Ramer
Cooper & Kirk PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
202-220-9600
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

<u>Counsel for Plaintiffs-Appellees</u>
Jerry C. Edwards
Fla. Bar No. 1003437
ACLU FOUNDATION OF FLORIDA
933 Lee Rd., Ste. 102
Orlando, FL  32810
(786) 363-1107
jedwards@aclufl.org

Daniel B. Tilley
Fla. Bar No. 102882
Caroline McNamara
Fla. Bar No. 1038312
Jacqueline Azis
Fla. Bar No. 101057
ACLU FOUNDATION OF FLORIDA
4343 W. Flagler St., Ste. 400

Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnarama@aclufl.org
jazis@aclufl.org

Leah Watson
Laura Moraff
Emerson Sykes
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
lmoraff@aclu.org
esykes@aclu.org

Lauren A. Johnson
Jin Hee Lee
Santino Coleman
NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.
700 14th Street, Ste. 600
Washington, D.C. 20005
(202) 682-1300
ljohnson@naacpldf.org
jlee@naacp.org
scoleman@naacpldf.org

Alexsis Johnson
NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 217-1690
amjohnson@naacpldf.org

Jason Leckerman
BALLARD SPAHR, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8266

leckermanj@ballardspahr.com

Jacqueline Mabatah
BALLARD SPAHR, LLP
201 S. Main St., Ste. 800
Salt Lake City, UT 84111-2221
(801) 531-3063
mabatahj@ballardspahr.com