Nos. 22-13992, 22-13994

# In the United States Court of Appeals for the Eleventh Circuit

LEROY PERNELL, ET AL.,
*Plaintiffs–Appellees*,

v.

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, ET AL.,
*Defendants–Appellants*.

ADRIANA NOVOA, ET AL.,
*Plaintiffs–Appellees*,

v.

MANNY DIAZ, JR., ET AL.,
*Defendants–Appellants*.

**UNOPPOSED MOTION FOR EXTENSION AND LEAVE TO EXCEED WORD LIMIT**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
NOS. 4:22-CV-304-MW-MAF & 4:22-CV-324-MW-MAF

CHARLES J. COOPER
JOHN D. OHLENDORF
MEGAN M. WOLD
JOHN D. RAMER
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 220-9660
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants-Appellants*

*Pernell, et al. v. Fla. Bd. of Govs. of the State Univ. Sys., et al.*, 22-13992
*Novoa, et al. v. Manny Diaz, Jr., et al.*, 22-13994

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants-Appellants certify that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1:

1. Almond, Russell, *Plaintiff-Appellee*

2. American Civil Liberties Union of Florida, *Attorney for Plaintiffs-Appellees*

3. American Civil Liberties Union of New York, *Attorney for Plaintiffs-Appellees*

4. Austin, Sharon Wright, *Plaintiff-Appellee*

5. Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees*

6. Ballard Spahr LLP, *Attorneys for Plaintiffs-Appellees*

7. Blankenship, Katherine, *Attorney for Plaintiffs-Appellees*

8. Boaz, Timothy, *Defendant-Appellant*

9. Callahan, Sandra, *Defendant-Appellant*

10. Carrere, Michael, *Defendant-Appellant*

11. Cerio, Timothy, *Defendant-Appellant*

12. Coleman, Santino, *Attorney for Plaintiffs-Appellees*

13. Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

14. Cooper, Charles J., *Attorney for Defendants-Appellants*

USCA11 Case: 22-13992     Document: 34     Date Filed: 12/28/2022     Page: 3 of 11

*Pernell, et al. v. Fla. Bd. of Govs. of the State Univ. Sys., et al.*, 22-13992
*Novoa, et al. v. Manny Diaz, Jr., et al.*, 22-13994

15. Corcoran, Richard, *Defendant-Appellant*

16. Dauphin, Johana, *Plaintiff-Appellee*

17. Diaz, Jr., Manny, *Defendant-Appellant*

18. Donnelly, N. Rogan, *Defendant-Appellant*

19. Dorsey, Dana Thompson, *Plaintiff-Appellee*

20. Dunn, Marvin, *Plaintiff-Appellee*

21. Edge, Aubrey, *Defendant-Appellant*

22. Edinger, Gary, *Attorney for Plaintiffs-Appellees*

23. Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees*

24. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

25. First Amendment Forum at University of South Florida, *Plaintiff-Appellee*

26. Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

27. Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

28. Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

29. Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

USCA11 Case: 22-13992     Document: 34     Date Filed: 12/28/2022     Page: 4 of 11

*Pernell, et al. v. Fla. Bd. of Govs. of the State Univ. Sys., et al.*, 22-13992
*Novoa, et al. v. Manny Diaz, Jr., et al.*, 22-13994

30. Florida State University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

31. Foundation for Individual Rights and Expression, *Attorney for Plaintiffs-Appellees*

32. Frost, Patricia, *Defendant-Appellant*

33. Gabadage, Nimna, *Defendant-Appellant*

34. Gary S. Edinger & Associates PA - Ganesville FL, *Attorney for Plaintiffs-Appellees*

35. Greubel, Greg, *Attorney for Plaintiffs-Appellees*

36. Griffin, Michael, *Defendant-Appellant*

37. Haddock, Edward, *Defendant-Appellant*

38. Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

39. Horton, Oscar, *Defendant-Appellant*

40. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

41. Jones, Ken, *Defendant-Appellant*

42. Jordan, Darlene Luccio, *Defendant-Appellant*

43. Lamb, Brian, *Defendant-Appellant*

44. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

45. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

46. Leftheris, Julie, *Defendant-Appellant*

USCA11 Case: 22-13992     Document: 34     Date Filed: 12/28/2022     Page: 5 of 11

*Pernell, et al. v. Fla. Bd. of Govs. of the State Univ. Sys., et al.*, 22-13992
*Novoa, et al. v. Manny Diaz, Jr., et al.*, 22-13994

47. Levine, Alan, *Defendant-Appellant*

48. Lydecker, Charles, *Defendant-Appellant*

49. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

50. Mateer, Craig, *Defendant-Appellant*

51. McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

52. Michael, Deanna, *Defendant-Appellant*

53. Monbarren, Lauran, *Defendant-Appellant*

54. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees*

55. Morris, Joshua, *Attorney for Plaintiffs-Appellees*

56. NAACP Legal Defense & Education Fund, *Attorneys for Plaintiffs-Appellees*

57. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

58. Novoa, Adriana, *Plaintiff-Appellee*

59. Ohlendorf, John David, *Attorney for Defendants-Appellants*

60. Palyam, Nithin, *Defendant-Appellant*

61. Park, Shelley, *Plaintiff-Appellee*

62. Patel, Shilen, *Defendant-Appellant*

63. Pernell, Leroy, *Plaintiff-Appellee*

64. Piccolo, Fredrick, *Defendant-Appellant*

65. Ramer, John, *Attorney for Defendants-Appellants*

USCA11 Case: 22-13992     Document: 34     Date Filed: 12/28/2022     Page: 6 of 11

*Pernell, et al. v. Fla. Bd. of Govs. of the State Univ. Sys., et al.*, 22-13992
*Novoa, et al. v. Manny Diaz, Jr., et al.*, 22-13994

66. Rechek, Samuel, *Plaintiff-Appellee*

67. Sandoval, Jennifer, *Plaintiff-Appellee*

68. Schneider, Jenifer, *Defendant-Appellant*

69. Scott, Steven, *Defendant-Appellant*

70. Seixas, Melissa, *Defendant-Appellant*

71. Self, William, *Defendant-Appellant*

72. Silagy, Eric, *Defendant-Appellant*

73. Steinbaugh, Adam, *Attorney for Plaintiffs-Appellees*

74. Stermon, Kent, *Defendant-Appellant*

75. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

76. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

77. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

78. University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

79. University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

80. University of South Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

81. Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

*Pernell, et al. v. Fla. Bd. of Govs. of the State Univ. Sys., et al.*, 22-13992
*Novoa, et al. v. Manny Diaz, Jr., et al.*, 22-13994

82.  Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

83.  Weatherford, William, *Defendant-Appellant*

84.  Wold, Megan M., *Attorney for Defendants-Appellants*

Apart from undisclosed members of Appellees, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: December 28, 2022

Respectfully submitted,

/s/Charles J. Cooper
Charles J. Cooper

*Counsel for Defendant-Appellants*

## UNOPPOSED MOTION FOR
## EXTENSION AND LEAVE TO EXCEED WORD LIMIT

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27(d)(2), Defendants-Appellants hereby respectfully request an extension to January 5, 2023, to file their reply in support of their motion to stay and respectfully request permission to exceed the 2,600-word limit for their reply. This stay motion involves a matter of considerable importance to the State of Florida: whether the State's elected officials may lawfully regulate the in-class instruction provided by state-employed educators in state-university classrooms.

Defendants-Appellants will be submitting one reply in response to the two responses filed in *Pernell* (No. 22-13992) and *Novoa* (No. 22-13994)—which, combined, total nearly 20,000 words. These responses contain arguments regarding the district court's 139-page decision addressing significant questions of Article III standing, the First Amendment's application to government speech, and the Due Process Clause's vagueness doctrine. Given the length and scope of the responses in *Pernell* and *Novoa* and the current due date of December 29 falling in the middle of the year-end holidays, Defendants-Appellants respectfully request an additional seven days to file their reply on January 5, 2023, and respectfully request to exceed the word limit up to 5,000 words. Defendants-Appellants respectfully submit that

1

the additional requested time and words will aid the Court's consideration of their motion to stay the district court's preliminary injunction.

Defendants-Appellants have sought the position of Plaintiffs-Appellees with respect to this motion. The Plaintiffs-Appellees in both *Novoa* (No. 22-13994) and *Pernell* (No. 22-13992) have consented to the extension to January 5, 2023, and the word count of 5,000 words.

Dated: December 28, 2022

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper
John D. Ohlendorf
Megan M. Wold
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 252 words, excluding accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: December 28, 2022     s/ Charles J. Cooper
                             Charles J. Cooper
                             *Counsel for Defendants- Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 28, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 28, 2022

s/ Charles J. Cooper
Charles J. Cooper
*Counsel for Defendants- Appellants*