# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LEROY PERNELL, et al.,

    *Plaintiffs-Appellees*,

v.

BRIAN LAMB, et al.,

    *Defendants-Appellants*.

Case No. 22-13992

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Plaintiffs-Appellees, by and through the undersigned, hereby respectfully requests that this Court enter an order permitting Ms. Lauren Johnson to withdraw as counsel of record for Plaintiffs-Appellees, Russell Almond, Sharon Wright Austin, Johana Dauphin, Dana Thompson Dorsey, Marvin Dunn, Shelley Park, Leroy Pernell, and Jennifer Sandoval (collectively, "Plaintiffs-Appellees") in this appeal. In support of this request, I state as follows:

Effective February 6, 2023, Plaintiffs-Appellees will continue to be represented by the remaining counsel of the NAACP Legal Defense & Educational Fund, Inc., American Civil Liberties Union Foundation (ACLU), ACLU Foundation of Florida, and Ballard Spahr, LLP.

1

WHEREFORE, I respectfully request that this Count grant this motion and permit Ms. Lauren Johnson to withdraw as counsel of record for Plaintiffs-Appellees in this matter.

Dated: February 6, 2023       Respectfully submitted,

                                       */s/ Lauren Johnson*
                                       Lauren Johnson
                                       NAACP LEGAL DEFENSE &
                                           EDUCATIONAL FUND, INC.
                                       700 14th Street, Suite 600
                                       Washington, DC 20005
                                       Tel.: (202) 682-1300
                                       Fax: (202) 682-1312
                                       ljohnson@naacpldf.org

                                       *Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1 and 26.1-2, Plaintiffs-Appellees state that the Certificates of Interested Parties and Corporate Disclosure Statement previously filed are complete and correct with respect to Plaintiffs-Appellees.

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Pursuant to Federal Rule of Appellate Procedure 27(d)(2) and 32(g)(1), undersigned counsel certifies the following:

1. The foregoing document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 130 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This foregoing document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared using Microsoft Word and is set in 14-point Times New Roman font.

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Lauren Johnson*
Lauren Johnson