IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  22-13992-J

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                      Plaintiffs-Appellees,

versus

FLORIDA BOARD OF GOVERNORS
 OF THE STATE UNIVERSITY, et al.,

                      Defendants,

BRIAN LAMB,
 ERIC SILAGY,
 TIMOTHY CERIO,
 RICHARD CORCORAN,
 AUBREY EDGE, et al.,

                      Defendants-Appellants.

_____

No. 22-13994-J

_____

ADRIANA NOVOA,
 SAMUEL RECHEK,
 FIRST AMENDMENT FORUM AT
 UNIVERSITY OF SOUTH FLORIDA,

                      Plaintiffs-Appellees,

versus

COMMISSIONER OF THE FLORIDA STATE
 BOARD OF EDUCATION,

TIMOTHY M. CERIO,
RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al,

                                                                                                     Defendants-Appellants.

———————————

Appeals from the United States District Court
for the Northern District of Florida

———————————

ORDER:

Appellants' motions to exceed the word limitation in their motion to stay and in their reply and Appellees' motions to exceed the word count in their opposition to the motion to stay are **GRANTED**. Appellants' motions to extend the time to file their replies is **GRANTED**.

On its own motion, this Court **CONSOLIDATES** Case Nos. 22-13992 and 22-13994.

                                                                        /s/ Britt C. Grant
                                                                      UNITED STATES CIRCUIT JUDGE