IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13992-J

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                               Plaintiffs-Appellees,

versus

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

                                               Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,
RICHARD CORCORAN,
AUBREY EDGE, et al.,

                                               Defendants-Appellants.

_____

No. 22-13994-J

_____

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

                                               Plaintiffs-Appellees,

versus

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION

TIMOTHY M. CERIO,
RICHARD CORCORAN,
AUBREY EDGE, PATRICIA
FROST, et al,

                                                    Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

Before: WILSON, GRANT and LAGOA, Circuit Judges.

BY THE COURT:

    Appellants' motions to stay injunction pending appeal are **DENIED**.

    The Clerk is **DIRECTED** to treat any motion for reconsideration of this order as a non-emergency matter.