IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Leroy Pernell et al., *Plaintiffs-Appellees*, v. Brian Lamb et al., *Defendants-Appellants*. | Case No. 22-13992 |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Plaintiffs-Appellees, by and through the undersigned, hereby respectfully requests that this Court enter an order permitting Ms. Laura Moraff to withdraw as counsel of record for Plaintiffs-Appellees Russell Almond, Sharon Wright Austin, Johana Dauphin, Dana Thompson Dorsey, Marvin Dunn, Shelley Park, Leroy Pernell, and Jennifer Sandoval in this appeal. Effective September 5, 2023, remaining counsel from the NAACP Legal Defense & Educational Fund, Inc., American Civil Liberties Union Foundation, ACLU Foundation of Florida, and Ballard Spahr, LLP, will continue to represent Plaintiffs-Appellees in this matter.

Wherefore, the undersigned respectfully requests that the Court grant this motion and permit Ms. Laura Moraff to withdraw as counsel for Plaintiffs-Appellees in this matter.

1

Dated: September 5, 2023   Respectfully submitted,

*Laura Moraff*
Laura Moraff
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
Tel.: (212) 549-2500
Fax: (212) 549-2654
lmoraff@aclu.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 and 26.1-2, Plaintiffs-Appellees state that the Certificates of Interested Parties and Corporate Disclosure Statements previously filed are complete and correct with respect to Plaintiffs-Appellees.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

Pursuant to Federal Rules of Appellate Procedure 27(d)(2) and 32(g)(1), undersigned counsel certifies the following:

1.  The foregoing document complies with the type-volume limitation set forth in Federal Rule of Civil Procedure 27(d)(2)(A) because it contains 112 words, excluding the parts of the motion exempted by Federal Rule of Civil Procedure 32(f).

2.  The foregoing document complies with the typeface and type-style requirements set forth in Federal Rules of Civil Procedure 32(a)(5) and 32(a)(6) because it has been prepared using Microsoft Word and is set in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Laura Moraff*
Laura Moraff