# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13992

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                              Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

                                              Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,

2                    Order of the Court                    22-13992

RICHARD CORCORAN,
AUBREY EDGE, et al.,

                                 Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

ORDER:

The motion to withdraw as counsel for the Appellees Russell Almond, Sharon Wright Austin, Johana Dauphin, Dana Thompson Dorsey, Marvin Dunn, Shelley Park, Leroy Pernell, and Jennifer Sandoval filed by Attorney Laura Moraff is GRANTED.

                                 /s/ Barbara Lagoa
                                 UNITED STATES CIRCUIT JUDGE