**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                            In Replying Give Number
Clerk                                                                 Of Case and Names of Parties

December 11, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **April 15, 2024, IN ATLANTA, GEORGIA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #13.***

| Case No. | Case Name |
|---|---|
| 22-14302 | New Georgia Project, Inc., et al. v. Attorney General, State of Georgia, et al. (REVISED ARGUMENT DATE) |
| 22-14074 | United States v. Peter Tarantino, et al. (REVISED ARGUMENT DATE) |
| 22-13992 | LeRoy Pernell, et al. v. Brian Lamb, et al. (Consolidated with 22-13994, Adriana Novoa, et al. v. Commissioner of the Florida Sate Board of Education, et al.) REVISED ARGUMENT DATE) |
| 23-10343 | Clarissa Gilmore v. Georgia Department of Corrections. Et al. |
| 22-13649 | Earl Barrs v. Auto-Owners Insurance Company |
| 21-11329 | Sky Harbor Atlanta Northeast, LLC, et al. v. Affiliated FM Insurance Co. |
| 21-14492 | Eddie King v. Dr. Lawson |
| 23-10385 | January Littlejohn, et al. v. School Board of Leon County, Florida, et al. |
| 22-14160 | United States v. Matthew Ostrander |
| 22-10999 | Melissa Spurgeon v. Social Security Administration, Commissioner |
| 22-13867 | United States v. Frederick Bush |
| 22-14211 | Adam Steines, et al. v. Westgate Palace, LLC, et al. |
| 22-12305 | Darwin Lopez-Serrano v. U.S. Attorney General |
| 23-10332 | Reverend Stephen Jarrard v. Sheriff of Polk County, et al. |
| 22-13159 | Robert R. Turner v. Sharon W. Jordan, et al. |