# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

LEROY PERNELL, et al.,

*Plaintiffs-Appellees*,

v.

BRIAN LAMB, et al.,

*Defendants-Appellants*.

Case No. 22-13992

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Plaintiffs-Appellees, by and through the undersigned, hereby respectfully requests that this Court enter an order permitting Mr. Jerry Edwards to withdraw as counsel of record for Plaintiffs-Appellees Russell Almond, Sharon Wright Austin, Shelley Park, Leroy Pernell, and Jennifer Sandoval (collectively, "Plaintiffs-Appellees") in this appeal. In support of this request, I state as follows:

Mr. Edwards will soon be leaving his position at the ACLU Foundation of Florida. Each Plaintiff has approved his withdrawal from this matter. Effective June 4, 2025, Plaintiffs-Appellees will continue to be represented by the remaining counsel of the NAACP Legal Defense & Educational Fund, Inc., American Civil Liberties Union Foundation, ACLU Foundation of Florida, and Ballard Spahr LLP.

1

WHEREFORE, I respectfully request that this Count grant this motion and permit Mr. Jerry Edwards to withdraw as counsel of record for Plaintiffs-Appellees in this matter.

Dated: June 4, 2025          Respectfully submitted,

<div style="margin-left:40%">

*/s/ Jerry C. Edwards*
Jerry C. Edwards (FBN 1003437)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-1107
jedwards@aclufl.org

</div>

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1 and 26.1-2, Plaintiffs-Appellees state that the Certificates of Interested Parties and Corporate Disclosure Statement previously filed are complete and correct with respect to Plaintiffs-Appellees.

## CERTIFICATE OF COMPLIANCE WITHTYPE-VOLUME LIMIT

Pursuant to Federal Rule of Appellate Procedure 27(d)(2) and 32(g)(1), undersigned counsel certifies the following:

1.      The foregoing document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 362 words.

2.      This foregoing document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared using Microsoft Word and is set in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Jerry Edwards*
Jerry Edwards