

**Leah M. Watson**
Senior Staff Attorney
Racial Justice Program
ACLU National Legal Department

July 10, 2025

<u>*Via* ECF</u>
David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:    *Pernell, et al. v. Lamb, et al.*, No. 22-13992, Defendants-Appellants' Notice of Supplemental Authority

Dear Mr. Smith:

Defendants-Appellants' attempt to characterize this Court's recent decision in *Wood v. Florida Department of Education*, No. 24-11239, 2025 WL 1819099 (11th Cir. July 2, 2025) as controlling in *Pernell, et al. v. Lamb, et al.*, No. 22-13992, is unavailing. This Court emphasized that the holding in *Wood* "is a narrow one[,]" limited to the use of a K-12 teacher's pronouns. 2025 WL 1819099, at *2–3, *5.

The speech of K-12 teachers and university professors is governed by different legal standards. *Bishop v. Aronov*, 926 F.2d 1066 (11th Cir. 1991), is the controlling authority for the First Amendment rights of university professors engaged in classroom instruction.

The cases cited by Defendant-Appellants do not support reversal of the preliminary injunction. The Stop W.O.K.E. Act forecloses the possibility for the "case-by-case inquiry" into "the context[,]" "the [u]niversity's position as a public employer[,]" and "the strong predilection for academic freedom" that *Bishop* requires. 926 F.2d at 1074–75. The *Woods* court did not suggest it was setting a standard for the constitutionality of restrictions on university professors' classroom instruction. Finally, the Supreme Court, in *Garcetti v. Ceballos*, 547 U.S. 410 (2006), expressly reserved the question of the application of the public employee framework to "case[s] involving speech related to scholarship or teaching." *Id.* at 425. The Second, Fourth, Fifth, Sixth, Seventh and Ninth Circuits have held that the *Garcetti* framework does not apply to "speech involving university teaching and scholarship[.]" *Kilborn v. Amiridis*, 131 F.4th 550, 558 (7th Cir. 2025) (collecting cases); *Buchanan v. Alexander*, 919 F.3d 847, 852–53 (5th Cir. 2019).

125 Broad Street, Floor 18, New York, NY 10004 | lwatson@aclu.org | 212-519-7855



This Court should affirm the preliminary injunction.

Sincerely,

/s/ Leah M. Watson

Leah M. Watson
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Tel: 212.519.7855
Lwatson@aclu.org

*Attorney for Plaintiffs-Appellees in Pernell, et al., v. Lamb, et al.*

Cc: All Counsel of Record via ECF



**CERTIFICATE OF COMPLIANCE**

I hereby certify that this letter complies with the type-volume limitations of Fed. R. App. P. 28(j) because it contains 267 words.

Dated: July 10, 2025 | */s/ Leah M. Watson*
Leah M. Watson

*Counsel for Plaintiffs-Appellees in Pernell, et al., v. Lamb, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, the foregoing document was filed electronically with the Clerk of Court through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

Dated: July 10, 2025 | */s/ Leah M. Watson*
Leah M. Watson

*Counsel for Plaintiffs-Appellees in Pernell, et al., v. Lamb, et al.*

125 Broad Street, Floor 18, New York, NY 10004 | lwatson@aclu.org | 212-519-7855

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rules 26.1-1 through 26.1-4, Plaintiffs-Appellees certify that the following individuals and entities may have an interest in the outcome of this case or appeal:[1]

1.  Academic Freedom Alliance, *Amicus Curiae*

2.  Almond, Russell, *Plaintiff-Appellee*

3.  American Association of University Professors, *Amicus Curiae*

4.  American Civil Liberties Union Foundation of Florida, Inc., *Attorneys for Plaintiffs-Appellees*

5.  American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

6.  Arnpriester, Natasha, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

7.  Austin, Sharon Wright, *Plaintiff-Appellee*

8.  Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees (withdrawn June 3, 2024)*

9.  Ballard Spahr, LLP, *Attorneys for Plaintiffs-Appellees*

10. Bastacky, Michele, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

---

[1] Additions to the Certificate of Interested Parties have been underlined for clarity.

11.  Blankenship, Katherine, *Attorney for Plaintiffs-Appellees (withdrawn Nov. 8, 2023)*

12.  Burgess, Tiffani, *Attorney for Plaintiffs-Appellees*

13.  Cerio, Timothy M., *Defendant-Appellant*

14.  Chavis, Kami, *Amicus Curiae*

15.  Cherry, Mark, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

16.  Coleman, Santino, *Attorney for Plaintiffs-Appellees*

17.  Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

18.  Cooper, Charles J., *Attorney for Defendants-Appellants*

19.  Corcoran, Richard, *Defendant-Appellant*

20.  Cox, Justin, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

21.  Cruz, Roberto, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

22.  Daniel, Laurie Webb, *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*

23.  Dauphin, Johana, *Plaintiff-Appellee (dismissed Jan. 19, 2024)*

24.  Delgado, Abel S., *Attorney for Amicus Curiae, Learning for Justice and Florida Freedom to Read Project*

25.  Diaz, Jr., Manny, *Defendant-Appellant*

26.  Drivas, Ioannis D., *Attorney for Amicus Curiae, The New Press*

27.  Dunn, Marvin, *Plaintiff-Appellee*

28.  Edge, Aubrey, *Defendant-Appellant*

29. Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees (<u>withdrawn June 5, 2025</u>)*

30. Fair and Just Prosecution, *Amicus Curiae*

31. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

32. First Amendment Lawyers Association, *Amicus Curiae*

33. Fitzpatrick, Magistrate Judge Hon. Martin A., U.S. District Court for the Northern District of Florida

34. Florida A&M University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

35. Florida Board of Governors of the State University System, *Defendant (dismissed Nov. 22, 2022)*

36. Florida Freedom to Read Project, *Amicus Curiae*

37. Florida International University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

38. Florida State University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

39. Friedlander, Matthew D., *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*

40. Friedman, Barry, *Amicus Curiae*

41. Frost, Patricia, *Defendant-Appellant*

42. Gabadage, Nimna, *Defendant-Appellant*

43. Gibson, Dunn & Crutcher LLP, *Attorneys for Amicus Curiae, LatinoJustice PRLDEF*

44. Goodmark, Craig, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

45. Goldston, James A., *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

46. Green, James K., *Attorney for Amicus Curiae, PEN American Center*

47. Haddock, Jr., Edward Ellis, *Defendant-Appellant*

48. Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

49. Jackson, Bacardi L., *Attorney for Amici Curiae, Learning for Justice and Florida Freedom to Read Project*

50. Jeon, Sunny S., *Attorney for Amicus Curiae, The New Press*

51. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

52. Jones, Kenneth, *Defendant-Appellant*

53. Jordan, Darlene Luccio, *Defendant-Appellant*

54. Keesee, Tracie L., *Amicus Curiae*

55. Khalid, Amna, *Amicus Curiae*

56. Lamb, Brian, *Defendant-Appellant*

57. LatinoJustice PRLDEF, *Amicus Curiae*

58. Law Enforcement Action Partnership, *Amicus Curiae*

59. Learning for Justice, *Amicus Curiae*

60. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

61. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

62. Levine, Alan, *Defendant-Appellant*

63. Lieberwitz, Risa L., *Attorney for Amicus Curiae, American Association of University Professors*

64. Lubin, Catharine E., *Attorney for Plaintiffs-Appellees*

65. Lydecker, Charles, *Defendant-Appellant*

66. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

67. Mateer, Craig, *Defendant-Appellant*

68. McGough, Maureen Quinn, *Amicus Curiae*

69. McDonald, Skyler G., *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*

70. McLaurin, Charles, *Attorney for Plaintiffs-Appellees*

71. McNamara, Caroline Andrews, *Attorney for Plaintiffs-Appellees*

72. Michael, Deanna, *Defendant-Appellant*

73. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees (withdrawn Sept. 18, 2023)*

74. NAACP Legal Defense & Educational Fund, Inc., *Attorneys for Plaintiffs-Appellees*

75. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

76. National Black Law Students Association, *Amicus Curiae*

77. National Coalition Building Institute, *Amicus Curiae*

78. National Education Association, *Amicus Curiae*

79. Nisenson, Aaron, *Attorney for Amicus Curiae, American Association of University Professors*

80. O'Brien, Alice, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

81. Ohlendorf, John David, *Attorney for Defendants-Appellants*

82. Pardue, Crystal, *Attorney for Plaintiffs-Appellees*

83. Park, Shelley, *Plaintiff-Appellee*

84. Parsons, Emmy*, Attorney for Plaintiffs-Appellees*

85. PEN American Center, *Amicus Curiae*

86. Pernell, LeRoy, *Plaintiff-Appellee*

87. Quinn, Genevieve, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

88. Ramer, John, *Attorney for Defendants-Appellants*

89. Randazza, Marc J., *Attorney for Amicus Curiae, First Amendment Lawyers Association*

90. Sandoval, Jennifer, *Plaintiff-Appellee*

91. Scott, Steven, *Defendant-Appellant*

92. Seley, Peter, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

93. Self, William, *Defendant-Appellant*

94. Silagy, Eric, *Defendant-Appellant*

95. Siwica, Richard, *Attorney for Amicus Curiae, American Association of University Professors*

96. Smith-Kea, Nicola, *Amicus Curiae*

97. Snyder, Jeffrey, *Amicus Curiae*

98. Sperlein, D. Gill, *Attorney for Amicus Curiae, First Amendment Lawyers Association*

99. Stand For Freedom, *Amicus Curiae*

100. Stermon, Kent, *Defendant-Appellant*

101. Strategies for Justice, BWMP LLC, *Amicus Curiae*

102. Swidriski, Edward D., *Attorney for Amicus Curiae, American Association of University Professors*

103. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

104. The Black Police Experience, *Amicus Curiae*

105. The New Press, *Amicus Curiae*

106. Thompson Dorsey, Dana, *Plaintiff-Appellee (dismissed Jan. 31, 2025)*

107. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

108. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

109. United Faculty of Florida, *Amicus Curiae*

110. University of Central Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

111. University of Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

112. University of South Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

113. Uribe, Rafaela, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

114. Vidyarthi, Apratim, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

115. Volokh, Eugene, *Attorney for Amicus Curiae, Academic Freedom Alliance*

116. Walker, Hon. Judge Mark E., U.S. District Court for the Northern District of Florida

117. Wachtell, Herbert M., *Attorney for Amicus Curiae, The New Press*

118. Walta, Jason, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

119. Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

120. Wold, Megan M., *Attorney for Defendants-Appellants*

121. Wolman, Jay M., *Attorney for Amicus Curiae, First Amendment Lawyers Association*

Plaintiffs-Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: July 10, 2025

*/s/ Leah M. Watson*
Leah M. Watson

*Counsel for Plaintiffs-Appellees in Pernell, et al., v. Lamb, et al.*