

**Leah M. Watson**
Senior Staff Attorney
Racial Justice Program
ACLU National Legal Department

September 3, 2025

<u>*Via* **ECF**</u>
David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:    *Pernell, et al. v. Lamb, et al.*, No. 22-13992, Defendants-Appellants' Notice
         of Supplemental Authority

Dear Mr. Smith:

The district court's analysis in *Simon v. Ivey*, No. 2:25-CV-67-RDP, 2025 WL 2345845 (N.D. Ala. Aug. 13, 2025) is neither precedential nor persuasive here. The court's approach would upend the longstanding role of the First Amendment in the college classroom as a foundation for democratic society. Pls.-Appellees' Br., Doc. 52 at 31–32. It would replace the rich academic discussion and debates that belong in higher education with the whims of political branches, without protections against state propaganda and unfettered censorship.

The First Amendment analysis in *Simon* is flatly wrong; balancing is required under every applicable test. First, the court misapplied *Bishop v. Aronov*, 926 F.2d 1066, 1074–75 (11th Cir. 1991), which requires a "case-by-case inquiry" into "the context[,]" "the [u]niversity's position as a public employer[,]" and "the strong predilection for academic freedom[.]" Second, the court's blanket holding that the public employee framework of *Garcetti v. Ceballos*, 547 U.S. 410 (2006), covered university teaching contradicts that of all six circuits that have considered the applicability of *Garcetti* to date and instead, required balancing under *Pickering v. Board of Education*, 391 U.S. 563 (1968), and *Connick v. Myers*, 461 U.S. 138 (1983). *See Kilborn v. Amiridis*, 131 F.4th 550, 558 (7th Cir. 2025) (collecting cases); *Buchanan v. Alexander*, 919 F.3d 847, 853 (5th Cir. 2019). This



Court would be the first to hold that *Garcetti* applied to university teaching. Lastly, the State doesn't even argue, and no court has held, that university instruction constitutes government speech. Doc. 52 at 35–37.

The *Simon* court's vagueness analysis also fails. There is no way for professors to know what may be interpreted to "espouse[], promote[], advance[], inculcate[], or compel[] [students to believe]" a concept, Doc. 52 at 40–43, and these prohibitions extend beyond efforts to indoctrinate. *Keyishian v. Bd. of Regents*, 385 U.S. 589, 599–600 (1967). In addition to the "myriad ambiguities" of the prohibited concepts, App. 403–06, the State's definition of "objective" in the savings clause is contrary to the term's ordinary meaning and nonsensical. *Id.* at 410–11.

This Court should reject the reasoning of *Simon*.

Sincerely,

/s/ Leah M. Watson

Leah M. Watson
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Tel: 212.519.7855
Lwatson@aclu.org

*Attorney for Plaintiffs-Appellees in Pernell, et al., v. Lamb, et al.*

Cc: All Counsel of Record via ECF

125 Broad Street, Floor 18, New York, NY 10004 | lwatson@aclu.org | 212-519-7855



# CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the type-volume limitations of Fed. R. App. P. 28(j) because it contains 349 words. This letter also complies with the typeface rule set forth in Fed. R. App. P. 32(a)(5) and the type style rule set forth in Fed. R. App. P. 32(a)(6) because it is typed in a proportionally spaced font and has a type size of 14 points.

Dated: September 3, 2025

*/s/ Leah M. Watson*
Leah M. Watson

*Counsel for Plaintiffs-Appellees in
Pernell, et al., v. Lamb, et al.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, the foregoing document was filed electronically with the Clerk of Court through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

Dated: September 3, 2025

*/s/ Leah M. Watson*
Leah M. Watson

*Counsel for Plaintiffs-Appellees in
Pernell, et al., v. Lamb, et al.*

125 Broad Street, Floor 18, New York, NY 10004 | lwatson@aclu.org | 212-519-7855

Case No.: 22-13992, *Pernell, et al. v. Lamb, et al.*

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rules 26.1-1 through 26.1-4, Plaintiffs-Appellees certify that the following individuals and entities may have an interest in the outcome of this case or appeal:[1]

1. Academic Freedom Alliance, *Amicus Curiae*

2. Almond, Russell, *Plaintiff-Appellee*

3. American Association of University Professors, *Amicus Curiae*

4. American Civil Liberties Union Foundation of Florida, Inc., *Attorneys for Plaintiffs-Appellees*

5. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

6. Arnpriester, Natasha, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

7. Austin, Sharon Wright, *Plaintiff-Appellee*

8. Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees (withdrawn June 3, 2024)*

9. Ballard Spahr, LLP, *Attorneys for Plaintiffs-Appellees*

---

[1] Additions to the Certificate of Interested Parties have been underlined for clarity.

10. Bastacky, Michele, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

11. Blankenship, Katherine, *Attorney for Plaintiffs-Appellees (withdrawn Nov. 8, 2023)*

12. Burgess, Tiffani, *Attorney for Plaintiffs-Appellees*

13. Cerio, Timothy M., *Defendant-Appellant*

14. Chavis, Kami, *Amicus Curiae*

15. Cherry, Mark, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

16. Coleman, Santino*, Attorney for Plaintiffs-Appellees*

17. Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*

18. Cooper, Charles J., *Attorney for Defendants-Appellants*

19. Corcoran, Richard, *Defendant-Appellant*

20. Cox, Justin, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

21. Cruz, Roberto, *Attorney for Amicus Curiae, LatinoJustice PRLDEF (withdrawn July 30, 2025)*

22. Daniel, Laurie Webb, *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*

23. Dauphin, Johana, *Plaintiff-Appellee (dismissed Jan. 19, 2024)*

24. Delgado, Abel S., *Attorney for Amicus Curiae, Learning for Justice and Florida Freedom to Read Project*

25. Diaz, Jr., Manny, *Defendant-Appellant*

26. Drivas, Ioannis D., *Attorney for Amicus Curiae, The New Press*

27. Dunn, Marvin, *Plaintiff-Appellee*

28. Edge, Aubrey, *Defendant-Appellant*

29. Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees (<u>withdrawn June 5, 2025</u>)*

30. Fair and Just Prosecution, *Amicus Curiae*

31. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

32. First Amendment Lawyers Association, *Amicus Curiae*

33. Fitzpatrick, Magistrate Judge Hon. Martin A., U.S. District Court for the Northern District of Florida

34. Florida A&M University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

35. Florida Board of Governors of the State University System, *Defendant (dismissed Nov. 22, 2022)*

36. Florida Freedom to Read Project, *Amicus Curiae*

37. Florida International University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

38.  Florida State University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

39.  Friedlander, Matthew D., *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*

40.  Friedman, Barry, *Amicus Curiae*

41.  Frost, Patricia, *Defendant-Appellant*

42.  Gabadage, Nimna, *Defendant-Appellant*

43.  Gibson, Dunn & Crutcher LLP, *Attorneys for Amicus Curiae, LatinoJustice PRLDEF*

44.  Goodmark, Craig, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

45.  Goldston, James A., *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

46.  Green, James K., *Attorney for Amicus Curiae, PEN American Center*

47.  Haddock, Jr., Edward Ellis, *Defendant-Appellant*

48.  Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*

49.  Jackson, Bacardi L., *Attorney for Amici Curiae, Learning for Justice and Florida Freedom to Read Project*

50.  Jeon, Sunny S., *Attorney for Amicus Curiae, The New Press*

51. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*

52. Jones, Kenneth, *Defendant-Appellant*

53. Jordan, Darlene Luccio, *Defendant-Appellant*

54. Keesee, Tracie L., *Amicus Curiae*

55. Khalid, Amna, *Amicus Curiae*

56. Lamb, Brian, *Defendant-Appellant*

57. LatinoJustice PRLDEF, *Amicus Curiae*

58. Law Enforcement Action Partnership, *Amicus Curiae*

59. Learning for Justice, *Amicus Curiae*

60. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*

61. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*

62. Levine, Alan, *Defendant-Appellant*

63. Lieberwitz, Risa L., *Attorney for Amicus Curiae, American Association of University Professors*

64. Lubin, Catharine E., *Attorney for Plaintiffs-Appellees*

65. Lydecker, Charles, *Defendant-Appellant*

66. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*

67. Mateer, Craig, *Defendant-Appellant*

68. McGough, Maureen Quinn, *Amicus Curiae*

69. McDonald, Skyler G., *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*

70. McLaurin, Charles, *Attorney for Plaintiffs-Appellees*

71. McNamara, Caroline Andrews, *Attorney for Plaintiffs-Appellees*

72. Michael, Deanna, *Defendant-Appellant*

73. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees (withdrawn Sept. 18, 2023)*

74. NAACP Legal Defense & Educational Fund, Inc., *Attorneys for Plaintiffs-Appellees*

75. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*

76. National Black Law Students Association, *Amicus Curiae*

77. National Coalition Building Institute, *Amicus Curiae*

78. National Education Association, *Amicus Curiae*

79. Nisenson, Aaron, *Attorney for Amicus Curiae, American Association of University Professors*

80. O'Brien, Alice, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

81. Ohlendorf, John David, *Attorney for Defendants-Appellants*

82. Pardue, Crystal, *Attorney for Plaintiffs-Appellees*

83. Park, Shelley, *Plaintiff-Appellee*

84. Parsons, Emmy*, Attorney for Plaintiffs-Appellees*

85. PEN American Center, *Amicus Curiae*

86. Pernell, LeRoy, *Plaintiff-Appellee*

87. Quinn, Genevieve, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

88. Ramer, John, *Attorney for Defendants-Appellants*

89. Randazza, Marc J., *Attorney for Amicus Curiae, First Amendment Lawyers Association*

90. Sandoval, Jennifer, *Plaintiff-Appellee*

91. Scott, Steven, *Defendant-Appellant*

92. Seley, Peter, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

93. Self, William, *Defendant-Appellant*

94. Silagy, Eric, *Defendant-Appellant*

95. Siwica, Richard, *Attorney for Amicus Curiae, American Association of University Professors*

96. Smith-Kea, Nicola, *Amicus Curiae*

97. Snyder, Jeffrey, *Amicus Curiae*

98. Sperlein, D. Gill, *Attorney for Amicus Curiae, First Amendment Lawyers Association*

99. Stand For Freedom, *Amicus Curiae*

100. Stermon, Kent, *Defendant-Appellant*

101. Strategies for Justice, BWMP LLC, *Amicus Curiae*

102. Swidriski, Edward D., *Attorney for Amicus Curiae, American Association of University Professors*

103. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*

104. The Black Police Experience, *Amicus Curiae*

105. The New Press, *Amicus Curiae*

106. Thompson Dorsey, Dana, *Plaintiff-Appellee (dismissed Jan. 31, 2025)*

107. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*

108. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

109. United Faculty of Florida, *Amicus Curiae*

110. University of Central Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

111. University of Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

112. University of South Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*

113. Uribe, Rafaela, *Attorney for Amicus Curiae, LatinoJustice PRLDEF (withdrawn July 30, 2025)*

114. Vidyarthi, Apratim, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*

115. Volokh, Eugene, *Attorney for Amicus Curiae, Academic Freedom Alliance*

116. Walker, Hon. Judge Mark E., U.S. District Court for the Northern District of Florida

117. Wachtell, Herbert M., *Attorney for Amicus Curiae, The New Press*

118. Walta, Jason, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*

119. Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*

120. Wold, Megan M., *Attorney for Defendants-Appellants*

121. Wolman, Jay M., *Attorney for Amicus Curiae, First Amendment Lawyers Association*

Plaintiffs-Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: September 3, 2025

*/s/ Leah M. Watson*
Leah M. Watson

*Counsel for Plaintiffs-Appellees in Pernell, et al., v. Lamb, et al.*