# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13992

_____

LEROY PERNELL,

DANA THOMPSON DORSEY,

SHARON WRIGHT AUSTIN,

SHELLEY PARK,

JENNIFER SANDOVAL, et al.,

*Plaintiffs-Appellees,*

*versus*

FLORIDA BOARD OF GOVERNORS

OF THE STATE UNIVERSITY, et al.,

*Defendants,*

BRIAN LAMB,

ERIC SILAGY,

TIMOTHY CERIO,

RICHARD CORCORAN,

AUBREY EDGE, et al.,

*Defendants-Appellants.*

2                    Order of the Court                    22-13992

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

_____

No. 22-13994

_____

ADRIANA NOVOA,

SAMUEL RECHEK,

FIRST AMENDMENT FORUM AT

UNIVERSITY OF SOUTH FLORIDA,

*Plaintiffs-Appellees,*

*versus*

COMMISSIONER OF THE FLORIDA STATE

BOARD OF EDUCATION,

TIMOTHY M. CERIO,

RICHARD CORCORAN,

AUBREY EDGE,

PATRICIA FROST, et al.,

*Defendants-Appellants.*

22-13992                    Order of the Court                    3

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION